```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF OKLAHOMA
```

IN RE:                                        CHAPTER 13

GERALD EDWARD ALLEN                           CASE NO. 05-12239 NLJ

    Debtor(s).

COMPLETED
_____
                  NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 04/01/2010 | 923626 | EZ MONEY | 11821 ADIE ROAD<br>MARYLAND HGTS MO 63043 | $ 5.28 |

DATED: 08/23/2010

```
                              /s/ John Hardeman
                              _____
                              CHAPTER 13 TRUSTEE
                              P.O. BOX 1948
                              OKLAHOMA CITY, OK 73101
                              (405)236-4843

                                              #334/LB
```